Argued and submitted November 30, sentences vacated; remanded for resentencing; otherwise affirmed December 29, 2004

## STATE OF OREGON,
*Respondent,*

*v.*

## BRANDON LEROY BOSWORTH,
*Appellant.*

CF020608; A119645

103 P3d 679

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jennelle Meeks Barton, Deputy Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong, Judge, and Deits, Judge pro tempore.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004); *State v. Dilts*, 337 Or 645, 103 P3d 95 (2004)